**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SAMUEL HERNANDEZ, ON HIS OWN
BEHALF AND OTHERS SIMILARLY
SITUATED,

                Plaintiffs,

-vs-                                        Case No. 6:05-cv-1581-Orl-28JGG

TROPICAL CONSTRUCTION &
MAINTENANCE CORP.,

                Defendant.
_____

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement Agreement (Doc. No. 28) filed March 29, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed April 3, 2007 (Doc. No. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Joint Motion to Approve Settlement Agreement is **GRANTED**.

3.    The settlement described in the joint motion is **APPROVED**.

4.    This case is dismissed with prejudice.

5.  The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __23__ day of April, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party